UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.: 0:17-cv-02314 (KMM)

| | |
|---|---|
| GREGORY LOVE STONE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Aargon Agency, Inc. *d/b/a* Aargon Collection Agency,<br><br>Defendant. | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CLASS NOTICE, CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE** |

**PLEASE TAKE NOTICE** that pursuant to Rules 23(c)(1) and 23 (e) of the Federal Rules of Civil Procedures, Plaintiff Gregory Love Stone respectfully moves for an Order: (a) preliminarily approving the settlement of this class action as fair and reasonable; (b) approving the form and method for providing class-wide notice; (c) certifying the Settlement Class; and (d) appointing Class Counsel and a Class Representative.

Plaintiff further moves for Order scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, any objections filed, incentive awards to the named Plaintiff, and entry of a Final Order.

Said motion has been presented to Defendant Aargon Agency, Inc. Defendant does not oppose Plaintiff's motion nor any of the relief requested therein.

Plaintiff's motion will be based on the arguments of counsel, pleadings, files, declarations, exhibits, and memorandum of law submitted herewith in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Plaintiff states as follows:

1. That for the purpose of this settlement, the parties agree to the certification of the following Settlement Class:

> *All consumers who paid an additional fee to Aargon Agency, Inc. for use of a credit or debit card to make payment on a debt which Aargon sought to collect on behalf of a third party creditor, during the period June 27, 2016 through December 31, 2017.*

2. That the Class Representative provides his declaration in support of certification of a Settlement Class and approval of the Settlement Agreement.

3. That the Settlement Class should be certified and that the Settlement Agreement (*Exhibit 1 attached to the Declaration of Adam R. Strauss*) is fair and reasonable and should be approved.

Dated: April 24, 2018            **TARSHISH CODY, PLC**

By:   *s/ Adam R. Strauss*
       Adam R. Strauss (#0390942)
       ars@attorneysinmn.com
       6337 Penn Avenue South
       Minneapolis, Minnesota 55423
       Telephone: (952) 361-5556
       Facsimile: (952) 361-5559

Dated: April 24, 2018            **CONSUMER JUSTICE CENTER, P.A.**

By:   s/ Thomas J. Lyons, Jr.
       Thomas J. Lyons, Jr. (#0249646)
       tommy@consumerjusticecenter.com
       367 Commerce Court

Vadnais Heights, Minnesota 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907

**ATTORNEYS FOR PLAINTIFFS**