UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.: 0:17-cv-02314 (KMM)

| | |
|---|---|
| GREGORY LOVE STONE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Aargon Agency, Inc. *d/b/a* Aargon Collection Agency,<br><br>Defendant. | **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff as representative of the conditionally certified class, by and through his attorneys, hereby moves the Court for an order granting final approval of the class action settlement, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (ECF No. 36-1). Plaintiff's motion has been presented to Defendant Aargon Agency, Inc. Defendant does not oppose Plaintiff's motion nor any of the relief requested therein. Plaintiff's motion will be based on the arguments of counsel, pleadings, files, declarations, exhibits, and memorandum of law submitted herewith in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Dated: October 1, 2018                **TARSHISH CODY, PLC**

                                            By:   *s/ Adam R. Strauss*
                                                  Adam R. Strauss (#0390942)
                                                  ars@attorneysinmn.com
                                                  6337 Penn Avenue South

                                                 Minneapolis, Minnesota 55423
                                                 Telephone: (952) 361-5556
                                                 Facsimile: (952) 361-5559

Dated:  October 1, 2018                  **CONSUMER JUSTICE CENTER, P.A.**

                                               Thomas J. Lyons, Jr. (#0249646)
                                               tommy@consumerjusticecenter.com
                                               367 Commerce Court
                                               Vadnais Heights, Minnesota 55127
                                               Telephone: (651) 770-9707
                                               Facsimile: (651) 704-0907

                                               **ATTORNEYS FOR PLAINTIFFS**